# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| *In re*: Gil Glancz,<br>Attorney at Law, Bar No. 9813 | Case No. 2:22-ms-00069<br><br>ORDER OF SUSPENSION |

On December 12, 2022, this Court entered an Order to Show Cause ("OSC"), mailed via certified mail. However, the OSC was returned from the United States Postal Service marked "Return to Sender – Undeliverable as Addressed – Unable to Forward." However, the OSC provided Mr. Glancz with 30 days to respond with reasons why he should not be suspended from the practice of law in this Court. No response has been received from Gil Glancz. Failure to respond within 30 days warrants an Order of Suspension. *See* LR IA 11-7.

It is therefore ordered that Gil Glancz, Bar No. 9813, is hereby suspended from practice in the United States District Court for the District of Nevada.

DATED THIS 15th Day of March 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 22nd day of March 2023, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following party via Certified Mail, Return Receipt Requested, via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

> Gil Glancz
> 1108 Salem Rose Court
> Las Vegas, NV 89144

Certified Mail No.: 7020 3160 0000 7420 3104

/s/ Sharon H.
Deputy Clerk
United States District Court
District of Nevada